BRADFORD L. FRANK, Individually and as Parent and Natural Guardian of KROEUSNA C. FRANK, an Infant, et al., Respondents, v NATIONWIDE MUTUAL INSURANCE COMPANY, Appellant, and JENNIFER C. CRESANTI et al., Respondents. [756 NYS2d 818] —Appeal from a judgment (denominated order) of Supreme Court, Erie County (Siwek, J.), entered May 20, 2002, which granted judgment declaring that defendant Nationwide Mutual Insurance Company is obligated to defend plaintiffs in two actions.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Erie County, Siwek, J. Present—Pine, J.P., Scudder, Kehoe, Lawton and Hayes, JJ.